# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

|  |  |
|---|---|
|  | **Plaintiffs** |
| v. | Civil Action No. |
|  | Judge Joseph R. Goodwin |
| **Ethicon, Inc.,** |  |
| **Ethicon, LLC,** |  |
| **Johnson & Johnson** | **Defendants** |

## MOTION TO DISMISS WITH PREJUDICE

Defendants Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), pursuant to Pretrial Order No. 329, move to dismiss with prejudice all of the claims of

against the Ethicon Defendants which were, or could have been asserted. Counsel hereby certify that (1) the Ethicon Defendants have received a valid, executed release from Plaintiff; and (2) the settlement funds to be paid to Plaintiff have been disbursed to Plaintiff's counsel. No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear their or its own costs.

Respectfully submitted,

*/s/ William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561

william.gage@butlersnow.com

*/s/ Susan M. Robinson*
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

     I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/

46317902.v1